# EXHIBIT "A"

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KYUNG TAE LEE,<br><br> Plaintiff,<br><br>vs.<br><br>TONYA'S TRANSPORT, LLC,<br>TONYA'S TRANSPORT,<br>WILLIE BRANNON, individually<br>and/or the authorized representative of his<br>Estate in the event he is predeceased,<br>OOIDA RISK RETENTION GROUP, INC.,<br>JOHN DOE INDIVIDUAL(S) and<br>JOHN DOE ENTITY(IES),<br><br> Defendants. | Civil Action File No. 21A05168<br><br>_____<br>JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW the Plaintiff, Kyung Tae Lee (hereinafter "Lee" or "Plaintiff"), by and through undersigned counsel, and for his Complaint against Tonya's Transport, LLC ("Tonya's Transport"), Tonya's Transport ("TT"), Willie Brannon, individually and/or the authorized representative of his Estate in the event he is predeceased ("Brannon"), OOIDA Risk Retention Group, Inc. ("OOIDA"), John Doe Individual(s) and John Doe Entity(ies) (hereinafter collectively "Defendants"), shows this honorable Court as follows:

### I. PARTIES, JURISDICTION AND VENUE

1.

Plaintiff KYUNG TAE LEE is an individual resident of the State of Georgia.

2.

Upon information and belief, Defendant TONYA'S TRANSPORT, LLC, is a motor carrier, and a Florida limited liability company engaged in interstate commerce and doing business in Georgia. Service may be perfected on Tonya's Transport's registered agent, Jones Accounting

-1-

STATE COURT OF
DEKALB COUNTY, GA.
11/12/2021 11:59 PM
E-FILED
BY: Monica Gay

Copy from re:SearchGA

& Tax Services, Inc., at 3632 Land O Lakes Boulevard, Suite 109, Land O Lakes, FL 34639, or wherever it may be found. Defendant Tonya's Transport may also be served on its agent for service of process designated under 49 U.S.C. § 13304(a), Owner Operator Services, Inc., c/o Linda Louise Armstrong, at 200 Beaver Dam Road, Dahlonega, GA 30533, or wherever she may be found.

3.

Upon information and belief, Defendant TONYA'S TRANSPORT is the trade name of the owner, operator and/or motor carrier of that certain commercial vehicle that was involved in the incident that injured Plaintiff at the H Mart located at or about 6035 Peachtree Road, Doraville, Georgia, on November 14, 2019, and/or was the employer, master and/or principal of Willie Brannon, the driver of said commercial vehicle, on that date. O.C.G.A § 9-11-10(a) provides that "[a] party whose name is not known may be designated by any name; and, when his true name is discovered, the pleading may be amended accordingly." Plaintiff expressly reserves this right to amend his pleadings to correct a misnomer in the event the true name of this defendant is discovered through further investigation and/or discovery. Service may be perfected on any authorized agent of TT located at 3632 Land O Lakes Boulevard, Suite 109, Land O Lakes, FL 34639, at 4012 39th Street, Tamps, FL 33610, at 200 Beaver Dam Road, Dahlonega, GA 30533, or wherever they may be found.

4.

Upon information and belief, Defendant WILLIE BRANNON, individually and/or the authorized representative of his Estate in the event he is predeceased, is an individual resident of Florida, and may be served at his last known address of 4012 39th Street, Tampa, FL 33610, at 4509 North 44th Street, Tampa, FL 33610, or wherever he may be found.

Copy from re:SearchGA

5.

Upon information and belief, Defendant OOIDA RISK RETENTION GROUP, INC., is the insurance carrier providing coverage for the incident on November 14, 2019, that is the subject of this action, for TONYA'S TRANSPORT, LLC, and/or one or more of the other Defendants named herein. Service may be perfected on OOIDA's registered agent, Risk Services-Vermont, Inc., at 58 East View Lane, #2, Barre, VT 05641, or wherever it may be found. OOIDA is named as a Defendant in this action pursuant to the direct action provisions of O.C.G.A. § 40-1-112(c) and/or O.C.G.A. § 40-2-140(d)(4).

6.

Upon information and belief, Defendants JOHN DOE INDIVIDUAL(S) and JOHN DOE ENTITY(IES) are the individual(s) and/or entity(ies) that owned, operated and/or were the motor carrier of, that certain commercial vehicle that was involved in the incident that injured Plaintiff at the H Mart located at or about 6035 Peachtree Road, Doraville, Georgia, on November 14, 2019, and/or were the employer(s), master(s) and/or principal(s) of Willie Brannon, the driver of said commercial vehicle, on that date. These Defendants also represent any other individual(s) or entity(ies) that are, or may be, liable to Plaintiff on the claims set forth in this Complaint. O.C.G.A § 9-11-10(a) provides that "[a] party whose name is not known may be designated by any name; and, when his true name is discovered, the pleading may be amended accordingly." Plaintiff expressly reserves this right to amend his pleadings to correct a misnomer in the event the true names of these defendants are discovered through further investigation and/or discovery.

7.

This is an action for personal injury within the jurisdiction of this Court, and venue is proper herein.

Copy from re:SearchGA

## II. FACTS

8.

On November 14, 2019, at approximately 10:30 a.m., Plaintiff was working at the H Mart located at or about 6035 Peachtree Road, Doraville, Georgia, in DeKalb County.

9.

Defendant Brannon was operating a commercial tractor trailer (the "Truck") that had backed up to a loading dock in order for his cargo to be unloaded.

10.

Plaintiff, the grocery manager, was using a hand operated electric forklift / pallet jack (the "Forklift") to unload the cargo from the Truck.

11.

As Plaintiff was working, Defendant Brannon, without warning, pulled the Truck forward, away from the loading dock, just as Plaintiff and the Forklift were crossing into the back of the Truck, causing the Forklift to fall into the gap opening up between the loading dock and the Truck, and causing Plaintiff, who was holding the Forklift handle, to fall in the back of the Truck.

12.

Plaintiff suffered personal injuries as a result of this incident, including, but not limited to, low back pain, neck pain, shoulder pain, elbow pain, hand pain, migraines, disequilibrium, and significant knee injuries resulting in multiple surgeries.

13.

Upon information and belief, Defendants (a) Tonya's Transport, and/or (b) TT (hereinafter collectively the "Corporate Defendants"), were the owner(s), operator(s) and/or motor carrier(s) of the commercial vehicle operated by Defendant Brannon, and Defendant OOIDA is their

-4-

Copy from re:SearchGA

insurance carrier.

14.

Upon information and belief, Defendant Brannon was an owner-operator and/or was employed by, or a servant or agent of, the Corporate Defendants and at the time of the subject collision was operating the commercial vehicle in furtherance of his employer's, master's and/or principal's business and within the scope of his employment and/or agency.

### III. CLAIMS

#### COUNT ONE
#### NEGLIGENCE

15.

Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 14 of this Complaint as if fully set forth herein.

16.

"The essential elements of a cause of action based on negligence are: '(1) A legal duty to conform to a standard of conduct raised by the law for the protection of others against unreasonable risks of harm; (2) a breach of this standard; (3) a legally attributable causal connection between the conduct and the resulting injury; and, (4) some loss or damage flowing to the plaintiff's legally protected interest as a result of the alleged breach of the legal duty.' " *Thorpe v. Sterling Equip. Co.*, 315 Ga. App. 909, 910, 729 S.E.2d 52 (2012).

17.

At the time of the subject incident, Defendant Brannon was an owner-operator and/or was employed by, or a servant or agent of, the Corporate Defendants, was operating his vehicle in furtherance of his employer's, master's and/or principal's business, and was acting within the scope of his employment and/or agency, rendering the Corporate Defendants liable under the

-5-

Copy from re:SearchGA

doctrine of respondeat superior, or otherwise under the rules governing employer-employee, master-servant, and/or principal-agent relationships.

18.

The Corporate Defendants and Brannon owed Plaintiff duties under federal law and regulations in their capacities as interstate motor carrier(s) and the driver thereof, and the Corporate Defendants and Brannon breached those duties.

19.

The Corporate Defendants and Brannon engaged in the following negligent conduct:

a. Failed to keep proper lookout;

b. Failed to keep vehicle under proper control;

c. Operated the vehicle in a dangerous manner under the circumstances then existing;

d. Failed to properly inspect and ensure that unloading activities had been completed, and all workers were clear, before pulling away from the loading dock;

e. Failed to exercise caution when pulling away from the loading dock;

f. Failed to take such action necessary to avoid the incident when it was apparent, with the exercise of reasonable and ordinary care, that the incident was about to occur;

g. Failed to exercise ordinary and reasonable care to avoid said incident;

h. Failed to operate vehicle with due regard for the safety of all other persons in the area; and

i. Upon information and belief, was negligent in other respects not known to Plaintiff which may become known through further investigation and/or discovery.

20.

The Corporate Defendants and Brannon had the duty to not engage in the negligent conduct described herein.

Copy from re:SearchGA

21.

The Corporate Defendants and Brannon breached their duties to Plaintiff, and are liable for negligence.

22.

The negligence of the Corporate Defendants and Brannon was the sole and proximate cause of the incident.

23.

As a result of the negligence of the Corporate Defendants and Brannon, Plaintiff has sustained and suffered personal injuries and monetary losses, and is likely to incur future damages, including but not limited to, the following:

a. Severe, painful, permanent and disabling injuries to his body;

b. Physical pain and mental anguish;

c. Diminished capacity to enjoy the ordinary pleasures of life;

d. Expenses incurred for doctors, hospitals, pharmacies and other medical necessities incurred in an attempt to alleviate the aforesaid injuries;

e. Expenses incurred for travel to receive necessary medical treatment;

f. Lost wages and/or other income;

g. Lost capacity to labor;

h. Continuing impairments;

i. Future pain and suffering; and

j. Future medical expenses.

(Plaintiff reserves the right to amend this list of damages as the evidence develops to seek all the elements of damages allowed under Georgia law.)

Copy from re:SearchGA

24.

All the foregoing injuries, losses and damages were directly and proximately caused by the negligence of the Corporate Defendants and Brannon.

25.

Accordingly, the Corporate Defendants and Brannon are liable to Plaintiff for negligence, and Plaintiff is entitled to damages in an amount to be proven and/or determined at trial.

## COUNT TWO
## DIRECT ACTION

26.

Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27.

Defendant OOIDA is directly liable to Plaintiff for the damages alleged in this Complaint pursuant to the provisions of O.C.G.A. § 40-1-112(c), O.C.G.A. § 40-2-140(d)(4) and/or as otherwise provided by law.

## IV.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

(a)  Assume jurisdiction over this action and afford Plaintiff a trial by jury on all issues so triable;

(b)  Grant Plaintiff judgment for general and special damages against Defendants in amounts to be proven and/or determined at trial on each of the claims set forth in this Complaint;

(c)  Award Plaintiff pre-judgment interest, if allowed, at the maximum legal rate;

(d)  Award Plaintiff post-judgment interest at the maximum legal rate;

Copy from re:SearchGA

(e) Award Plaintiff his litigation expenses, if allowed, including reasonable attorney's fees and the costs of this action incurred by Plaintiff; and

(f) Grant all such other relief that it deems just and appropriate.

This 12th day of November, 2021.

        Respectfully submitted,
        MCGAHREN LAW FIRM, LLC

        /s/ *Matthew F. McGahren*
        Matthew F. McGahren, Esq.
        Georgia Bar No. 491330
        Eric J. Marlett, Esq.
        Georgia Bar No. 470931

        Attorneys for Plaintiff

        6171 Crooked Creek Rd., Suite A
        Peachtree Corners, GA 30092
        Phone: (770) 729-1795
        Fax: (770) 729-1774
        matt@mcgahrenlaw.com
        eric@mcgahrenlaw.com

STATE COURT OF
DEKALB COUNTY, GA.
11/12/2021 11:59 PM
E-FILED
BY: Monica Gay

**USCR 36.4 IDENTIFICATION**

*Kyung Tae Lee vs. Tonya's Transport, LLC, et al.*

**COMPLAINT**

-9-

Copy from re:SearchGA

21A0516

No. _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**Date Summons Issued and E-Filed**

_____11/15/2021_____

**SUMMONS**

_____/s/ Monica Gay_____
Deputy Clerk

Deposit Paid $ _____

\_Kyung Tae Lee, et al._____

\_\_(c/o Plaintiff's counsel)_____
Plaintiff's name and address

☑ **JURY**

**vs.**

\_\_\_Tonya's Transport, LLC, et al._____

(3632 Land O Lakes Blvd, Suite 109, Land O Lakes, FL 34639)
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
_____Matthew F. McGahren, Esq._____
Name
\_\_\_\_\_6171 Crooked Creek Rd., Peachtree Corners, GA 30092\_\_\_\_\_
Address
\_\_\_\_(770) 729-1795_____491330_____
Phone Number                                              Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____   _____
Defendant's Attorney                                          Third Party Attorney
_____   _____
Address                                                              Address
_____   _____
Phone No.                 Georgia Bar No.              Phone No.                Georgia Bar No.

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ \_\_\_\_TBD_____

Interest $ \_\_\_\_TBD_____

Atty Fees $ \_\_\_\_TBD_____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☑ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

Copy from re:SearchGA

STATE COURT OF
DEKALB COUNTY, GA.
11/12/2021 11:59 PM
E-FILED
BY: Monica Gay

No. __21A05168_____     **STATE COURT OF DEKALB COUNTY**
                                                                  GEORGIA, DEKALB COUNTY

**Date Summons Issued and E-Filed**

                                                                                **SUMMONS**
_____11/15/2021_____
_____/s/ Monica Gay_____
Deputy Clerk

Deposit Paid $ _____        __Kyung Tae Lee, et al._____
                                                                    __(c/o Plaintiff's counsel)_____
                                                                    Plaintiff's name and address

                                                                                    **vs.**
☑ **JURY**
                                                                    __Willie Brannon, et al._____

                                                                    _(4012 39th Street, Tampa, FL 33610)___
                                                                    Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:
_____Matthew F. McGahren, Esq._____
Name
_____6171 Crooked Creek Rd., Peachtree Corners, GA 30092_____
Address
_____(770) 729-1795_____                    _____491330_____
Phone Number                                                             Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____           _____
Defendant's Attorney                                                    Third Party Attorney
_____           _____
Address                                                                         Address
_____           _____
Phone No.                     Georgia Bar No.                 Phone No.                  Georgia Bar No.

                                                    **TYPE OF SUIT**
☑ Personal Injury ☐ Products Liability            Principal $ _____TBD_____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability           Interest $ _____TBD_____
☐ Other
                                                                     Atty Fees $ _____TBD_____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☑ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

                                                                                    E-file summons1-2016

                                                                                    STATE COURT OF
                                                                                    DEKALB COUNTY, GA.
                                                                                    11/12/2021 11:59 PM
                                                                                    E-FILED
Copy from re:SearchGA                              BY: Monica Gay

| | |
|---|---|
| No. __21A05168__ | **STATE COURT OF DEKALB COUNTY** |
| | **GEORGIA, DEKALB COUNTY** |
| **Date Summons Issued and E-Filed** | |
| | **SUMMONS** |
| __11/15/2021__ | |
| __/s/ Monica Gay__ | |
| Deputy Clerk | |
| Deposit Paid $ _____ | __Kyung Tae Lee, et al.__ |
| | __(c/o Plaintiff's counsel)__ |
| | Plaintiff's name and address |
| | **vs.** |
| ☑ **JURY** | __OOIDA Risk Retention Group, Inc., et__ al. |
| | __(58 East View Lane, #2, Barre, VT 05641)__ |
| | Defendant's name and address |

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

__Matthew F. McGahren, Esq.__
Name
__6171 Crooked Creek Rd., Peachtree Corners, GA 30092__
Address
__(770) 729-1795__                                                   __491330__
Phone Number                                                     Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

| | |
|---|---|
| _____ | _____ |
| Defendant's Attorney | Third Party Attorney |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| Phone No.           Georgia Bar No. | Phone No.           Georgia Bar No. |

**TYPE OF SUIT**

☑ Personal Injury ☐ Products Liability         Principal $ __TBD__
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability        Interest $ __TBD__
☐ Other
                                                Atty Fees $ __TBD__

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☑ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
11/12/2021 11:59 PM
E-FILED
BY: Monica Gay

Copy from re:SearchGA

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of ___DEKALB___ County

| For Clerk Use Only | |
|---|---|
| Date Filed __11/15/2021__ | Case Number __21A05168__ |
| MM-DD-YYYY | |

**Plaintiff(s)**
Lee, Kyung Tae
Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**
1) Tonya's Transport, LLC
2) Tonya's Transport
3) Brannon, Willie
4) OOIDA Risk Retention Group, Inc.

**Plaintiff's Attorney** __Matthew F. McGahren__    **State Bar Number** __491330__    Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                    Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☑ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.
__Korean__ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20
STATE COURT OF
DEKALB COUNTY, GA.
11/12/2021 11:59 PM
E-FILED
BY: Monica Gay
Copy from re:SearchGA

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☑ State Court of ____DEKALB_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**

Lee, Kyung Tae
Last          First          Middle I.     Suffix     Prefix

_____
Last          First          Middle I.     Suffix     Prefix

_____
Last          First          Middle I.     Suffix     Prefix

_____
Last          First          Middle I.     Suffix     Prefix

**Defendant(s)**

5) John Doe Individual(s)
Last          First          Middle I.     Suffix     Prefix

6) John Doe Entity(ies)
Last          First          Middle I.     Suffix     Prefix

_____
Last          First          Middle I.     Suffix     Prefix

_____
Last          First          Middle I.     Suffix     Prefix

**Plaintiff's Attorney** __Matthew F. McGahren__   **State Bar Number** __491330__   Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
   Case Number                   Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☑ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

____Korean_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Copy from re:SearchGA

TO: All Judges, Clerks of Court, Counsel of Record

FROM: Matthew F. McGahren, Esq.

RE: Notice of Leave of Absence

DATE: November 17, 2021

CAFN: 21A05168, Kyung Tae Lee vs. Tonya's Transport, LLC, et al.

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Attorney **Matthew F. McGahren** and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing Counsel, that he will be on leave pursuant to U.S. District Court Northern District of Georgia Atlanta Division Local Rule 83.1(E)(3) and Georgia Uniform Court Rule 16.1 as follows:

1. The period of leave during which time Attorney McGahren will be away from practice of law will be:

   - January 7, 2022
   - January 21, 2022
   - February 4, 2022
   - February 10 – February 11, 2022
   - February 13 – February 15, 2022
   - March 4, 2022
   - March 7 – March 11, 2022
   - March 14, 2022

2. The purposes of these leaves are to attend CLE, to attend medical appointments, to assist family members with personal needs and to attend family vacations.

3. Attorney McGahren his knowledge, this case is not on a published calendar and is not noticed for a hearing during the period of leave of absence.

4. All affected Judges and opposing Counsel shall have ten (10) days from the date of this Notice to object. If no objections are filed or action is taken by the Court denying leave, the leave shall be granted without an entry of an Order.

Respectfully Submitted by:

/s/ Matthew F. McGahren
Matthew F. McGahren, Esq.
Georgia Bar No. 491330

6171 Crooked Creek Road
Peachtree Corners, GA  30092
Phone: (770) 729-1795
Fax:    (770) 729-1774

Copy from re:SearchGA

STATE COURT OF
DEKALB COUNTY, GA.
11/17/2021 3:23 PM
E-FILED
BY: Kelly M Flack

matt@mcgahrenlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing *Notice of Leave of Absence* upon all judges, clerks, and counsel of record by electronic service via the Court's e-filing system and/or by depositing the same in the U.S. Mail with adequate postage affixed thereto.

This 17th day of November 2021.

Respectfully submitted,

/s/ Matthew F. McGahren
Matthew F. McGahren, Esq.
Georgia Bar No. 491330

**McGahren Law Firm, LLC**
6171 Crooked Creek Road
Peachtree Corners, GA 30092
Telephone: (770) 729-1795
Facsimile: (770) 729-1774
matt@mcgahrenlaw.com

Copy from re:SearchGA